UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COBELFRET S.A. | § |
| § | CIVIL ACTION |
| Plaintiff, § | NO. 12-2791 |
| § | |
| v. § | SECTION: "A" - (2) |
| § | |
| § | JUDGE: JAY C. ZAINEY |
| § | |
| FARENCO SHIPPING PTE LTD, § | MAGISTRATE: ALMA CHASEZ |
| OCEAN GREAT INDUSTRIAL LTD., § | |
| TEAMZONE LTD., and LIU SONG § | |
| § | |
| § | |
| Defendants. § | |
| § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Now comes plaintiff, Cobelfret S.A. who hereby files this notice of dismissal with prejudice pursuant to FRCP 41(a)(1)(A)(i).

Respectfully submitted,

*Patrick H. Patrick*
Patrick H. Patrick, T.A. (14297)
Stephen E. Mattesky (09046)
Laurence R. DeBuys IV (14202)
PATRICK MILLER LLC
400 Poydras Street, Suite 1680
New Orleans, Louisiana 70130
Telephone:  (504) 527-5400
Facsimile:  (504) 527-5456
Email:  ppatrick@patrickmillerlaw.com

*Counsel for Cobelfret S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all parties or their counsel of record, either via ECF, facsimile transmission, hand delivery, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 29th day of November, 2012.

*Patrick H. Patrick*
PATRICK H. PATRICK